# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **UNION UNIVERSITY,**<br><br>    Plaintiff,<br><br>vs.<br><br>**KATHLEEN SEBELIUS, Secretary of the United States Department of Health and Human Services, UNITED STATES DEPARTMENT AND HUMAN SERVICES, THOMAS PEREZ, Secretary of the United States Department of Labor, UNITED STATES DEPARTMENT OF LABOR, JACOB J. LEW, Secretary of the United States Department of Treasury, and UNITED STATES DEPARTMENT OF TREASURY,**<br><br>    Defendants. | No. 1:14-cv-01079 |

## STIPULATION OF DISMISSAL

Because the parties have settled this matter, they stipulate to the dismissal of this case under Fed.R.Civ.P. 41.

        Respectfully submitted,

        RAINEY, KIZER, REVIERE & BELL, PLC

By: s/ Dale Conder, Jr.
    JOHN D. BURLESON, BPR #10400
    DALE CONDER, Jr., BPR #15419
    Attorneys for Plaintiff Union University
    209 East Main Street
    P.O. Box 1147
    Jackson, TN 38302-1147
    (731) 423-2414

ETHAN P. DAVIS
Deputy Assistant Attorney General

JOEL McELVAIN
Assistant Director, Federal Programs Branch

/s/ Michelle R. Bennett
MICHELLE R. BENNETT (CO Bar No. 37050)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 7310
Washington, D.C.  20530
Tel: (202) 305-8902
Fax: (202) 616-8470
Email: michelle.bennett@usdoj.gov

Attorneys for Defendants.