UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNION UNIVERSITY, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| KATHLEEN SEBELIUS, ET AL., | CASE NO: 14-1079-STA-egb |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation of Dismissal entered on November 16, 2017, the parties stipulate to the dismissal of this case under Fed.R.Civ.P.41.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 11/16/2017

THOMAS M. GOULD
**Clerk of Court**

s/Maurice B. BRYSON

(By) Deputy Clerk